IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THOMAS KASPRZYK, STEVEN HUGHES, SHERRY SINGLETON, ERIC WILSON, HENRY PERFILIO, WILLIAM NEVILLE, JOHNNY BRYANT, EDWARD BELAIR, KIM STRAWDERMAN, MICHAEL WARE, JOHN MAYNARD, and J.W. NAVE, Individually and on behalf of other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC; HILTON GRAND VACATIONS MANAGEMENT, LLC; and HILTON RESORTS CORPORATION,<br><br>Defendants. | Civil Action No. 4:17-cv-01393-RBH |

## **RULE 502(d) PROTECTIVE ORDER**

Presently before the Court is a Joint Motion by the Parties for entry of a protective order pursuant to Federal Rule of Evidence 502(d). Having carefully considered the Joint Motion, the Parties request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.**

November 2, 2017                                                       s/ R. Bryan Harwell
Florence, South Carolina                          R. Bryan Harwell
                                                                                     United States District Judge