IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| THOMAS KASPRZYK, STEVEN HUGHES, SHERRY SINGLETON, ERIC WILSON, HENRY PERFILIO, WILLIAM NEVILLE, EDWARD BELAIR, KIM STRAWDERMAN, MICHAEL WARE, JOHN MAYNARD, and J.W. NAVE, Individually and on behalf of other employees similarly situated, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-01393-RBH |
| HILTON GRAND VACATIONS COMPANY, LLC; HILTON GRAND VACATIONS MANAGEMENT, LLC; HILTON RESORTS CORPORATION, | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE THOMAS KASPRZYK AND KIM STRAWDERMAN**

Having considered Plaintiffs Thomas Kasprzyk and Kim Strawderman's Unopposed Motion to Dismiss without Prejudice, the Court is of the opinion that the motion should be GRANTED. IT IS THEREFORE ORDERED that Plaintiffs Thomas Kasprzyk and Kim Strawderman's claims are dismissed without prejudice. This order does not affect the claims of any other plaintiff in any way. The parties shall bear their own costs and attorney's fees with respect to Thomas Kasprzyk and Kim Strawderman's claims.

    **IT IS SO ORDERED.**

March 7, 2018                                                          s/ R. Bryan Harwell
Florence, South Carolina                          R. Bryan Harwell
                                                                         United States District Judge