IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |
|---|---|
| STEVEN HUGHES, SHERRY SINGLETON, ERIC WILSON, HENRY PERFILIO, WILLIAM NEVILLE, EDWARD BELAIR, MICHAEL WARE, JOHN MAYNARD, J.W. NAVE, RONALD L. HOWE, and CHRISTOPHER R. DOBIS, Individually and on behalf of other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC; HILTON GRAND VACATIONS MANAGEMENT, LLC; and HILTON RESORTS CORPORATION,<br><br>Defendants. | Civil Action No. 4:17-cv-01393-RBH |

### THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF FLSA COLLECTIVE ACTION FOR SETTLEMENT PURPOSES ONLY, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

Subject to Court approval, Plaintiffs Steven Hughes, Sherry Singleton, Eric Wilson, Henry Perfilio, William Neville, Edward Belair, Michael Ware, John Maynard, J.W. Nave, Ronald L. Howe, and Christopher R. Dobis ("Named Plaintiffs")[1] and Defendants Hilton Grand Vacations Company, LLC, Hilton Grand Vacations Management, LLC, and Hilton Resorts Corporation ("Defendants"[2]) have settled the claims alleged against Defendants. The proposed settlement

---

[1] Previously dismissed Plaintiffs Kaspryzk and Strawderman wish to be a part of this settlement.
[2] Defendants maintain that the only proper party Defendant is Hilton Resorts Corporation, which they assert is the only Defendant that employed Plaintiffs. Nothing herein should be construed as an admission that any Defendant other than HRC employed Plaintiffs or other sales executives.

resolves all claims made by the Named Plaintiffs and provides an opportunity for similarly situated persons to join the case and participate in the settlement. For the reasons set forth in the attached Memorandum of Law, the Parties jointly request that the Court: (1) preliminarily approve the Parties' Settlement Agreement and Release ("Settlement Agreement"); (2) conditionally certify a proposed Fair Labor Standards Act ("FLSA") collective action under 29 U.S.C. § 216(b) for settlement purposes only; (3) appoint Plaintiffs' Counsel as Class Counsel, for purposes of settlement only; (4) approve the Parties' proposed Notice of Settlement and Consent to Join Lawsuit and Claim Form for distribution to the potential class members; and (5) direct the mailing of the Notice and Claim Form by the Claims Administrator to the Class Members by First Class U.S. Mail. A proposed order granting the Parties' joint motion is attached for the Court's consideration.

Respectfully and jointly submitted this 10th day of July, 2018.

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| s/William J. Luse_____<br>William J. Luse (Fed Bar No. 9736)<br>LAW OFFICE OF WILLIAM J. LUSE<br>917 Broadway Street<br>Myrtle Beach, SC 29577<br>Telephone: 843-839-4795<br>Facsimile: 843-839-4815<br>E-mail: lusewilliam@yahoo.com<br><br>Trang Q. Tran (Fed Bar No. 20361)<br>*Admitted Pro Hac Vice*<br>TRAN LAW FIRM, L.L.P.<br>2573 South Gessner Road, Suite 104<br>Houston, Texas 77063<br>Telephone: 713-223-8855<br>Facsimile: 713-623-6399<br>Email: ttran@tranlawllp.com | s/T. Chase Samples_____<br>T. Chase Samples (Fed. Bar No. 10824)<br>D. Christopher Lauderdale (Fed. Bar No. 9051)<br>Wm. Robert Gignilliat IV (Fed. Bar No. 12129)<br><br>JACKSON LEWIS P.C.<br>15 South Main Street, Suite 700<br>Greenville, South Carolina 29601<br>Telephone:  864-232-7000<br>Facsimile:  864-235-1381<br>Email:  lauderdc@jacksonlewis.com<br>          chase.samples@jacksonlewis.com<br>          rob.gignilliat@jacksonlewis.com |