IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THOMAS KASPRZYK, STEVEN HUGHES, SHERRY SINGLETON, ERIC WILSON, HENRY PERFILIO, WILLIAM NEVILLE, EDWARD BELAIR, KIM STRAWDERMAN, MICHAEL WARE, JOHN MAYNARD, J.W. NAVE, RONALD L. HOWE, and CHRISTOPHER R. DOBIS, Individually and on behalf of other employees similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC; HILTON GRAND VACATIONS MANAGEMENT, LLC; and HILTON RESORTS CORPORATION,<br><br>        Defendants. | Civil Action No. 4:17-cv-01393-RBH |

## ORDER

This matter comes before the Court on the Parties' Joint Motion for Preliminary Approval of Settlement, Certification of FLSA Collective Action for Settlement Purposes Only, and Approval of Proposed Notice of Settlement ("Motion"). Upon due consideration, the Court **GRANTS** the Parties' Motion.

IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED THAT:

1. The Court hereby preliminarily approves the settlement set forth in the Parties' Settlement Agreement as being a fair, reasonable, and adequate resolution of a bona fide dispute.

2. The Court approves, as to form and content, the Parties' proposed Notice of Class Action Settlement ("Notice") and the Consent to Join Lawsuit and Claim Form attached to the

Motion and finds that the distribution procedures for the Notice are reasonable under the circumstances, and constitutes sufficient notice to all persons in the Class.

3. The proposed FLSA collective action is conditionally certified under 29 U.S.C. § 216(b) solely for settlement purposes to give class members the opportunity to become party plaintiffs and assert a claim. The Settlement Class is defined as the Named Plaintiffs and all sales executives who have worked at Hilton Grand Vacation's Myrtle Beach resort during the Class Period. The Settlement Class shall include Action Line Sales Executives and In-House Sales Executives, but it shall not include VIP representatives, sales managers, or sales leaders (also known as "T.O.'s").

4. The Tran Law Firm, LLP and the Law Office of William J. Luse are appointed as Class Counsel for the Settlement Class for settlement purposes only.

6. Within thirty-five (35) days after the entry of this Order, the claims administrator shall mail the Court-approved Notice and Claim Forms to all putative members of the Settlement Class. The Class Members will then have sixty (60) calendar days after first mailing of the Notice to return their Claim Forms to the claims administrator.

9. The Parties shall file their Motion for Final Approval within eighty (80) days after the first mailing of the Notice and Claim Forms, and a declaration from the claims administrator outlining the claims administrator's actions should be attached to the Motion for Final Approval.

10. Based on the foregoing, the following motions are **MOOT**: (1) Plaintiffs' Motion to Certify Class (ECF No. 32); (2) Plaintiffs' Motion to Strike (ECF No. 44); (3) and Defendants' Motion to Compel Arbitration (ECF No. 47).

    IT IS SO ORDERED.

July 23, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge