IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| STEVEN HUGHES, SHERRY SINGLETON, ERIC WILSON, HENRY PERFILIO, WILLIAM NEVILLE, EDWARD BELAIR, MICHAEL WARE, JOHN MAYNARD, J.W. NAVE, RONALD L. HOWE, and CHRISTOPHER R. DOBIS, Individually and on behalf of other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC; HILTON GRAND VACATIONS MANAGEMENT, LLC; and HILTON RESORTS CORPORATION,<br><br>Defendants. | Civil Action No. 4:17-cv-01393-RBH |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Steven Hughes, Sherry Singleton, Eric Wilson, Henry Perfilio, William Neville, Edward Belair, Michael Ware, John Maynard, J.W. Nave, Ronald L. Howe, and Christopher R. Dobis ("Named Plaintiffs"[1]), on behalf of themselves and all persons who have opted into this action under the Fair Labor Standards Act (collectively "Plaintiffs"), and Defendants Hilton Grand Vacations Company, LLC, Hilton Grand Vacations Management, LLC, and Hilton Resorts Corporation ("Defendants"[2]) hereby move the Court to give final approval of the settlement of

---

[1] Formerly Named Plaintiffs Thomas Kasprzyk and Kim Strawderman also intend to be part of the settlement.

[2] Defendants maintain that the only proper party Defendant is Hilton Resorts Corporation ("HRC"), which they assert is the only Defendant that employed Plaintiffs. Nothing herein should be construed as an admission that any Defendant other than HRC employed Plaintiffs or other sales executives.

Plaintiffs' claims against Defendants. For the reasons set forth in the attached Memorandum of Law, the Parties now jointly request that the Court: (1) finally approve the Parties' Settlement Agreement and Release ("Settlement Agreement") (ECF No. 52-2); (2) approve Enhancement Awards of $500.00 to each of the thirteen Named Plaintiffs (totaling $6,500), which is to be deducted from the Gross Settlement Fund, and (3) enter final judgment dismissing this action with prejudice. A proposed order granting the Parties' Joint Motion is being contemporaneously sent to the Court's chambers for consideration.

Respectfully and jointly submitted this 15th day of November, 2018.

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| *s/William J. Luse*_____<br>William J. Luse (Fed Bar No. 9736)<br>LAW OFFICE OF WILLIAM J. LUSE<br>917 Broadway Street<br>Myrtle Beach, SC 29577<br>Telephone: 843-839-4795<br>Facsimile: 843-839-4815<br>E-mail: lusewilliam@yahoo.com<br><br>Trang Q. Tran (Fed Bar No. 20361)<br>*Admitted Pro Hac Vice*<br>TRAN LAW FIRM, L.L.P.<br>2573 South Gessner Road, Suite 104<br>Houston, Texas 77063<br>Telephone: 713-223-8855<br>Facsimile: 713-623-6399<br>Email: ttran@tranlawllp.com | *s/T. Chase Samples*_____<br>T. Chase Samples (Fed. Bar No. 10824)<br>D. Christopher Lauderdale (Fed. Bar No. 9051)<br>Wm. Robert Gignilliat IV (Fed. Bar No. 12129)<br><br>JACKSON LEWIS P.C.<br>15 South Main Street, Suite 700<br>Greenville, South Carolina 29601<br>Telephone: 864-232-7000<br>Facsimile: 864-235-1381<br>Email: lauderdc@jacksonlewis.com<br>        chase.samples@jacksonlewis.com<br>        rob.gignilliat@jacksonlewis.com |

4826-3881-7146, v. 1